UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA G. MILLSAPS, | No. 2:15-cv-1337-TLN-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| RICHARD B. IVES, et al., | |
| Defendants. | |

On September 10, 2015, plaintiff filed a motion to dismiss the action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss (ECF No. 6) is granted.
2. The action is dismissed without prejudice.
3. All dates and deadlines in this action are vacated.
4. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: September 15, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1